IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:04CR00291-13 GH

CURTIS WAHEED RASOOL

**ORDER**

Pending before this Court is the motion of the government for revocation of the defendant's bond and for issuance of a warrant for his arrest. For good cause shown, the motion for a warrant is granted. Once the defendant has been taken into custody, a revocation hearing will be scheduled.

The Clerk is directed to issue a warrant for the defendant, Curtis Waheed Rasool, and deliver it to the U. S. Marshal for service.

IT IS SO ORDERED this 5th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE