**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                      NO. 4:04CR00291-13 JLH

CURTIS WAHEED RASOOL                                             DEFENDANT

## ORDER

Curtis Waheed Rasool has filed a petition under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court ordered the government to respond, and the government has done so. The government's response does not address the issue of whether Rasool's petition is timely. The record reflects that the mandate of the Eighth Circuit on direct appeal was issued on September 4, 2008, and Rasool's petition was filed on October 23, 2009. The statute provides for a one-year period of limitations. 28 U.S.C. § 2255(f). The Court directs that Rasool file a brief within 30 days addressing the issue of whether his petition is barred by the statute of limitations. The government will have 30 days thereafter within which to respond.

IT IS SO ORDERED this 1st day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE