IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                             No. 4:04CR00291-13 JLH

CURTIS WAHEED RASOOL                                              DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion and Order entered separately today, the petition filed by Curtis Waheed Rasool pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence, is dismissed with prejudice. A certificate of appealability is denied.

IT IS SO ORDERED this 17th day of February, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE