**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              No. 4:04CR00291-13 JLH

CURTIS WAHEED RASOOL                                                                    DEFENDANT

## ORDER

Curtis Waheed Rasool has filed a motion under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 to vacate, set aside, or correct his sentence. The Court directs the United States to file a response within fourteen days from the entry of this Order.

The Court directs the Clerk to serve a copy of this Order on Assistant United States Attorney Julie E. Peters.[1]

IT IS SO ORDERED this 23rd day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The docket continues to list Jane W. Duke and Michael D. Johnson as attorneys of record. Ms. Duke and Mr. Johnson are no longer employed at the U.S. Attorney's Office, so the Clerk should terminate them as counsel for the United States in this case.