**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:04CR00291-13 JLH

CURTIS WAHEED RASOOL                                                  DEFENDANT

## ORDER

Curtis Waheed Rasool has filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. Rasool argues that the decision of the United States Supreme Court in *United States v. Johnson*, 135 S. Ct. 2551, 192 L. Ed. 2d 569 (2015), applies retroactively to his case on collateral review. Prior to the *Johnson* decision, Rasool had filed a section 2255 motion, which also argued that his sentence was erroneously based on the determination that he was a career offender. That motion was denied, and both this Court and the Eighth Circuit denied Rasool's request for a certificate of appealability. His present motion is a second or successive motion. Rasool has not obtained authorization from the Eighth Circuit as required by 28 U.S.C. § 2255(h). Therefore, Rasool's motion is DENIED without prejudice. Document #1057.

IT IS SO ORDERED this 25th day of April, 2016.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE