**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                    No. 4:04CR00291-13 JLH

CURTIS WAHEED RASOOL                                            DEFENDANT

## ORDER

Curtis Waheed Rasool's motion for reconsideration is DENIED.  Document #1068.

IT IS SO ORDERED this 9th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE